UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL GROISMAN,<br><br>                       Plaintiff(s),<br><br>v.<br><br>GOLDBERG & RIMBERG PLLC, et al.,<br><br>                       Defendant(s). | 18-CV-7989 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

      This case has been reassigned to the undersigned.  All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Dated: October 12, 2023
       New York, New York

                                              DALE E. HO
                                      United States District Judge