UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL GROISMAN,<br><br>                               Plaintiff,<br><br>          v.<br><br>GOLDBERG & RIMBERG PLLC, et al.,<br><br>                              Defendants. | 18-CV-7989 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On June 26, 2019, the Court (Oetken, J.) ordered the parties to submit a status letter every 120 days. ECF No. 26 at 7. The parties most recently submitted a status update on January 16, 2024. Over 120 days have passed since that date, and the Court is not in receipt of the parties' next letter. The parties are therefore ORDERED to file a status update within **one week** of this Order.

SO ORDERED.

Dated: May 30, 2024
        New York, New York

                                                     DALE E. HO
                                       United States District Judge